UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE WEISNER,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY MACOMBER , et al.,<br><br>    Defendants. | Case No.   1:25-cv-00919-EPG (PC)<br><br>ORDER REGARDING NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>(ECF No. 18) |

    Plaintiff Frankie Weisner is incarcerated and proceeds *pro se* and *in forma pauperis* in this action brought under 42 U.S.C. § 1983.  (ECF No. 1).

    On September 8, 2025, Plaintiff Frankie Weisner filed a "Notice of Motion and Voluntary Dismissal of Etc" which states "Plaintiff(s) Frankie Weisner et. al. hereby move the Court for an Order to Dismiss the First Amended Complaint, voluntarily."  (ECF No. 18).

    The Court construes these filings as a notice of voluntary dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which permits a Plaintiff to dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Notably, Plaintiff states his intention to voluntarily dismiss this case without prejudice and no Defendant has served an answer or motion for summary judgment.

    Accordingly, in light of the voluntary dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed without prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

1

The Clerk of Court is respectfully directed to terminate any pending dates and deadlines and to close the case.

IT IS SO ORDERED.

Dated: **September 10, 2025**      /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE